PETITION OF WALTER W. SCHANTLE AND WAYNE L. BAGLEY.

No. 13611.
Decided Dec. 1, 1976.
556 P.2d 524.

ORDER

PER CURIAM:

In this cause the annexed order has been received from the district court.

Since the matter has been disposed of the case is closed.